**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NAPOLEON J. A. EBARLE III, ROBBIN JOHNSON, MICHAEL GULOTTA, and SARA LUNDBORG, individually and as representatives of a class of similarly situated persons, and on behalf of the Abbott Laboratories Health Care Plan,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, THE BOARD OF DIRECTORS OF ABBOTT LABORATORIES; ABBOTT LABORATORIES EMPLOYEE BENEFITS COMMITTEE; and DOES 1–20,<br><br>Defendants. | Case No. 1:26-cv-06834<br><br>Hon. John Robert Blakey |

**DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**
**<u>UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>**

Defendants Abbott Laboratories, the Board of Directors of Abbott Laboratories, and Does 1–20, by and through their undersigned counsel, hereby move to dismiss Plaintiffs' Amended Consolidated Complaint, *see* ECF No. 52, under Federal Rule of Civil Procedure 12(b)(6).[1]

For the reasons set forth in the accompanying Memorandum of Law, the Court should dismiss the Amended Consolidated Complaint in its entirety because Plaintiffs fail to state any plausible claim upon which relief can be granted.

[1] Although the Amended Complaint names the "Abbott Laboratories Employee Benefits Committee" as a defendant, no such committee exists.

WHEREFORE, Defendants respectfully request that, upon due consideration of the Motion and controlling precedent, the Court order the dismissal of the Amended Consolidated Complaint.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Catalina Vergara*

Catalina Vergara (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
(213) 430-6000
cvergara@omm.com

Meaghan VerGow (admitted *pro hac vice*)
Deanna Rice (admitted *pro hac vice*)
Meredith Garagiola (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
mvergow@omm.com
derice@omm.com
mgaragiola@omm.com

Nick Kahlon
Megan DeMarco
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
(312) 471-8700
nkahlon@rshc-law.com
mdemarco@rshc-law.com

*Counsel for Defendants Abbott Laboratories et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

Dated: November 17, 2026

*/s/ Catalina Vergara*
Catalina Vergara