**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NAPOLEON J. A. EBARLE III, ROBBIN JOHNSON, MICHAEL GULOTTA, and SARA LUNDBORG, individually and as representatives of a class of similarly situated persons, and on behalf of the Abbott Laboratories Health Care Plan,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, THE BOARD OF DIRECTORS OF ABBOTT LABORATORIES; ABBOTT LABORATORIES EMPLOYEE BENEFITS COMMITTEE; and DOES 1–20,<br><br>Defendants. | Case No. 1:26-cv-06834<br><br>Hon. John Robert Blakey |

**DECLARATION OF CATALINA VERGARA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

I, Catalina Vergara, state and declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am an active member in good standing of the State Bar of California and have been admitted to practice before this Court *pro hac vice* in this matter. I am a partner at O'Melveny & Myers LLP, counsel of record for Defendants Abbott Laboratories, the Board of Directors of Abbott Laboratories, and Does 1–20.[1]

2. I submit this declaration in support of Defendants' Motion to Dismiss The Amended Consolidated Class Action Complaint Under Federal Rule of Civil Procedure 12(b)(6). I have personal knowledge of the facts set forth below and, if called upon, could and would testify to the truth of the following.

[1] Although the Amended Complaint names the "Abbott Laboratories Employee Benefits Committee" as a defendant, no such committee exists, as Abbott explains in its Motion to Dismiss.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the 2024 Benefits Highlights Guide for Abbott Laboratories, which is incorporated by reference into Plaintiffs' Amended Consolidated Class Action Complaint, ECF No. 52 (the "Complaint").

4. Attached hereto as **Exhibit 2** is a true and correct copy of the 2024 United Healthcare Summary Plan Description for the Abbott Laboratories Health Care Plan, which is also incorporated by reference into Plaintiffs' Complaint.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the 2024 Blue Cross Blue Shield Plan Document and Summary Plan Description for the Abbott Laboratories Health Care Plan, which is also incorporated by reference into Plaintiffs' Complaint.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the 2025 Benefits Highlights Guide for Abbott Laboratories, which is also incorporated by reference into Plaintiffs' Complaint.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the 2023 Benefits Highlights Guide for Abbott Laboratories, which is also incorporated by reference into Plaintiffs' Complaint.

8. Each of these documents are incorporated by reference because they are "(1) referenced in [Plaintiffs'] complaint, (2) concededly authentic, and (3) central to [Plaintiffs'] claim[s]." *Fin. Fiduciaries, LLC v. Gannett Co.*, 46 F.4th 654, 663 (7th Cir. 2022).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2026 in Los Angeles, California.

*/s/ Catalina Vergara*
Catalina Vergara